# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1129

_____

Bluett Reginald Cameron,        \*

                                \*

          Appellant,        \*

                                \*    Appeal from the United States

      v.                      \*    District Court for the

                                \*    District of Minnesota.

United States of America,     \*

                                \*    [UNPUBLISHED]

          Appellee.         \*

_____

Submitted:  October 23, 1997
Filed:  July 1, 1998

_____

Before MCMILLIAN, FLOYD R. GIBSON, and BEAM, Circuit Judges.

_____

PER CURIAM.

Bluett Reginald Cameron pleaded guilty in 1992 to cocaine distribution and unlawful use of a firearm in relation to a drug trafficking crime, and received consecutive sentences of 121 and 60 months' imprisonment for the respective offenses. He now brings a 28 U.S.C. § 2255 motion, seeking to vacate his sentence on the firearm conviction, in light of the Supreme Court's decision in Bailey v. United States, 116 S. Ct. 501 (1995). The district court denied his petition for relief, and Cameron

appeals. Because of the Supreme Court's decision in <u>Bousley v. United States</u>, 118 S. Ct. 1604 (1998), we reverse and remand to the district court for further consideration.[1]

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]This case has been considered by the panel under the terms of Eighth Circuit Rule 47E.